UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| ROCKETT, BURKHEAD AND WINSLOW, INC. | 09-00732-8-JRL |
| | CHAPTER 7 |
| DEBTOR. | |

## REPORT OF SMALL DIVIDENDS

The undersigned Trustee having concluded administration of the above estate, respectfully reports unto the Court:

That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been submitted to the court as a result of distribution under $5.00 pursuant to Rule 3010(a), said checks being as follows:

| Claimant and Last Known Address | Amount |
|---|---:|
| AT CONFERENCE<br>ACCOUNTS RECEIVABLE<br>P O BOX 2939<br>SOUTHAMPTON, NY 11969 | $.37 |
| VIDEO MONITORING SERVICES OF AMERICA<br>P. O. BOX 34618<br>NEWARK, NJ 07189-4618 | 4.63 |
| **TOTAL** | **$5.00** |

WHEREFORE, the undersigned Trustee desires to pay unto the Court said small dividend pursuant to Bankruptcy Rule 3010(a).

DATED: March 28, 2011

/s/ Holmes P. Harden
Trustee

14466641