UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| ROCKETT, BURKHEAD AND WINSLOW, INC. | 09-00732-8-JRL |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| WDBJ TELEVISION INC.<br>P.O. BOX 7<br>ROANOKE, VA 24022-0007 | 1,456.44 |
| BUSINESS TN MAGAZINE<br>2817 WEST END AVENUE<br>SUITE 216<br>NASHVILLE, TN 37203 | 288.38 |
| THE MERCURY NEWS<br>DEPT. 8217<br>LOS ANGELES, CA 90084-8217 | 181.93 |
| BAY AREA NEWS GROUP<br>DEPT. 8215<br>LOS ANGELES, CA 90084-8215 | 1,199.77 |
| **TOTAL** | **3,126.52** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    April 8, 2011

    s/s Holmes P. Harden
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Box 1000
RALEIGH, NC  27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300